14 A.3d 747

IN THE MATTER OF ALAN ZARK, AN ATTORNEY
AT LAW (ATTORNEY NO. 006081976).

March 23, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–236, concluding that **ALAN ZARK** of **BAYONNE,** who was admitted to the bar of this State in 1976, should

be reprimanded for violating *RPC* 1.4(b) (failure to keep client informed about the status of the matter) and *RPC* 1.15(b) (failure to promptly deliver funds to client), and good cause appearing;

It is ORDERED that **ALAN ZARK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.